1001-13

# ELECTRONIC RECORD

COA # 14-12-00674-CR          OFFENSE: Murder

STYLE: Silvestre Cortez Romero v The State of Texas          COUNTY: Harris

COA DISPOSITION: Affirmed as Modified     TRIAL COURT: 185th District Court

DATE: 06/11/2013          Publish: Yes     TC CASE #: 552984

## IN THE COURT OF CRIMINAL APPEALS

ELECTRONIC RECORD

STYLE: _____          CCA #: _____

Holding→ _____ State's _____ Petition          CCA Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____
_granted + remanded_                         JUDGE: _____
DATE: _April 16, 2014_                       SIGNED: _____   PC: _____
JUDGE: _PC_                                  PUBLISH: _____   DNP: _____

Appellants Petition
For Discretionary Review      ----------------------
IN CCA IS
    STRUCK                    _____ MOTION FOR
Date _10/23/2013_            REHEARING IN CCA IS: _____
Judge _____          JUDGE: _____

                             1001-13

_APPELLANT's_ PETITION

FOR DISCRETIONARY REVIEW

IS _refused_

DATE _April 16, 2014_

_PC_
        JUDGE